# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 22, 2016

### NO. 03-15-00785-CR

**The State of Texas, Appellant**

**v.**

**Robert Luther Trevino, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the trial court's order granting appellee's application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order granting appellee's application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.